THE PORTO RICAN AMERICAN INSURANCE COMPANY, PETICIO-
NARIA, v. BERGA, JUEZ DE DISTRITO, DEMANDADO.

SOLICITUD para que se expida auto de *certiorari* contra el
Juez de la Corte de Distrito de Humacao.

No. 314.—Resuelto en mayo 2, 1921, por los fundamentos del caso No. 2436,
*Almenas* v. *Iriarte, Juez Municipal,* de abril 28, 1921.

Abogado del peticionario: *Sr. S. Suau.*

Abogado de la parte contraria: *Sr. M. Torres Soto.*

*Con lugar el auto y anulada la orden de fe-
brero 7, 1921.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro, Aldrey y Hutchison.